FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
DEC - 2 2015
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>BRITTANI NICOLE COLLINS,<br><br>　　　　　Defendant. | Case No. CR 15-00546-CAS<br><br>ORDER OF DETENTION AFTER HEARING [Fed. R. Crim. P. 32.1(a)(6);18 U.S.C. . § 3143(a)] |

　　　The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violations of the terms and conditions of her supervised release; and

　　　The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

　　　The Court finds that:

A. ( X ) The defendant has not met her burden of establishing by clear and convincing evidence that she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on:

*Allegations suggest lack of amenability to supervision; no known bail resources..*

and

1  B. ( X ) The defendant has not met ~~his~~ *her* burden of establishing by clear and convincing
2     evidence that ~~he~~ *she* is not likely to pose a danger to the safety of any other person or the
3     community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on:
4     *Criminal history and instant allegations.*

5  IT THEREFORE IS ORDERED that the defendant be detained pending further
6  revocation proceedings.

8  Dated: __12-2-2015__

DOUGLAS F. McCORMICK
United States Magistrate Judge